UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:10-mc-00079 GEB-KJM |
| | ) | |
| Plaintiff, | ) | **CONSENT JUDGMENT PURSUANT TO** |
| | ) | **AGREEMENT BETWEEN THE PARTIES** |
| v. | ) | |
| | ) | |
| ROSALIND D. MITCHELL, MD, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

Pursuant to the Settlement Agreement entered into between the United States of America and Rosalind D. Mitchell, MD ("Debtor"), a true and correct copy of which is attached hereto as Exhibit "A" (the "Agreement"), the Court finds:

In order to resolve litigation concerning U.S. Attorney's Office ("USAO") Case Number 2010V00360 in the Eastern District of California, the parties herein agreed as follows:

1. **Indebtedness and Consent Judgment.** As of June 29, 2010, the total amount of the debt owed by the Debtor for Health and Human Service Claim Number HHCA-7-00000007 is $317,157.68 (hereinafter "debt"), which includes the principal, accrued interest and any late payment charges. The Debtor agreed to have Judgment entered against her for the total amount of her indebtedness. Accordingly, as part of the Agreement, the parties agreed that interest shall accrue at the post-judgment interest rate applicable to judgments entered in federal court as provided by 28 U.S.C. § 1961. Agreement at ¶ 4.

////

2. **Payment Schedule.**  The Debtor agreed to make payments of at least $400.00 (Four Hundred Dollars and No/Cents) per month, due on the 20th day of each month, beginning on August 15, 2010, and continuing until the compromised balance is paid in full or until the Debtor is notified by the U.S. Department of Justice ("DOJ") of a modified payment schedule.  The Debtor agreed to submit in a timely manner each year any financial documentation required by DOJ, which may be used to modify the payment schedule of the Debtor.   Agreement at ¶ 5.

All payments shall be made payable to:  "U.S. Department of Justice" and mailed to:  United States Attorney's Office, attention:  Financial Litigation Unit, 501 I Street, Suite 10-100, Sacramento, California 95814, unless and until directed otherwise in writing by the USAO. *Id.*

3. **Default on Agreement.**  Should Debtor default on the Agreement, the United States may take any steps authorized by law to enforce its judgment.  Agreement at ¶ 6.

4. **Bankruptcy.**  The Debtor agreed that if a voluntary or involuntary bankruptcy is commenced by or against the debtor, that the Debtor's failure to comply with the Agreement, including but not limited to the payment terms in paragraph 5 thereof, will not be excused by the commencement of the bankruptcy by or against the Debtor, and will be considered a default on the Agreement for purposes of paragraph 6 thereof, notwithstanding the commencement of the bankruptcy.  Agreement at ¶ 7.

5. **Severability Clause.**  In the event any parts of the Agreement are found to be void, the remaining provisions of the Agreement shall nevertheless be binding with the same effect as though the void parts were deleted.  Agreement at ¶ 8.

6. **Effect of the Agreement.** The Agreement contains a complete description of the bargain between the parties.  All material representations, understandings and promises of the parties concerning the repayment of the debt are contained in the Agreement. Any modifications must be set forth in writing and signed by all parties.  The Debtor represented that the Agreement was entered into with knowledge of the events described therein.  The Debtor further represented that the Agreement was voluntarily entered into to resolve the litigation in USAO Case Number 2010V00360.  Agreement at ¶ 9.

////

7.  **Execution of the Agreement.**  The United States Attorney represents that he received the concurrence of HHS to the monetary terms of the Agreement, and will promptly forward an executed copy of the Agreement to HHS's Program Support Center.  Agreement at ¶ 10.

Based upon the above findings, Debtor's consent to entry of judgment against her, and good cause appearing therefor, it is accordingly, ORDERED, ADJUDGED and DECREED that:

1.  The parties' Agreement resolving this matter is hereby APPROVED;

2.  Judgment is ENTERED in favor of plaintiff United States of America and against defendant Rosalind D. Mitchell, M.D., in the amount of $317,157.68; and

3.  Until the judgment is paid in full, interest shall ACCRUE at the post-judgment rate codified in 28 U.S.C. § 1961.

Dated:  August 3, 2010

GARLAND E. BURRELL, JR.
United States District Judge

Consent Judgment Pursuant to Agreement Between the Parties

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit A

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### SETTLEMENT AGREEMENT

### A.  RECITALS

**1.  Parties.**  The parties to this Settlement Agreement (hereinafter referred to as "the Agreement") are the United States of America and Rosalind D. Mitchell, MD (hereinafter referred to as "Debtor").

**2.  Default on HEAL.**  On February 24, 1989 the Debtor defaulted on the conditions of her National Health Service Corps (NHSC) Scholarship.  On December 22, 2009, as a result of non-payment, the matter was referred to the United States Attorney for collection pursuant to 20 U.S.C. §§ 1087a, et. seq. (34 CFR Part 685.211).

### B.  TERMS OF THE AGREEMENT

**3.  Intention of the Parties to Effect Settlement.**  In order to resolve this matter, U.S. Attorney's Office ("USAO") Case Number 20010V00360, in the Eastern District of California, the parties agree as follows:

**4.  Indebtedness and Consent Judgment.**  As of June 29, 2010, the total amount of the debt owed by the Debtor for HHCA Claim Number 7-00000007 is $317,157.68 (Three-Hundred and Seventeen Thousand - One Hundred - Fifty-Seven Dollars - and Sixty-Eight Cents) (hereinafter "debt"), which includes the principal, accrued interest and late payment charges, if any.  The Debtor agrees to have Judgment entered against her for the total amount of the indebtedness.  Accordingly, as part of the Agreement, the parties agree that interest shall accrue at the post-judgment interest rate applicable to judgments entered in federal court as provided by 28 U.S.C. § 1961.

**5.  Payment Schedule.**  The Debtor agrees to make payments of at least $400.00 (Four-Hundred Dollars and No/Cents) per month, due on the 15th day of each month, beginning on August 15, 2010, and continuing until the balance is paid in full or until the Debtor is notified by the U.S. Department of Justice ("DOJ") of a modified payment schedule.  The Debtor agrees to submit in a timely manner each year any financial documentation required by DOJ, which may be used to modify the payment schedule of the Debtor.

All payments shall be made payable to: "U.S. Department of Justice" and mailed to : United States Attorney's Office, attention: Financial Litigation Unit, 501 I Street, Suite 10-100 Sacramento, California 95814, unless and until directed otherwise in writing by the USAO.

**6.  Default on Agreement.**  Should a default on the Agreement occur, the United States may take any steps authorized by law to enforce its Judgment, as provided for in paragraph 4.

**7.  Bankruptcy.**  The debtor agrees that if a voluntary or involuntary bankruptcy is commenced by or against the Debtor, the Debtor's failure to comply with this Agreement, including but not limited to the payment terms in paragraph 5, is not excused by the commencement of the bankruptcy by or against the Debtor, and will be considered a default on the Agreement for purposes of paragraph 6, notwithstanding the commencement of the bankruptcy.

**8.  Severability Clause.**  In the event any parts of this Agreement are found to be void, the remaining provisions of this Agreement shall nevertheless be binding with the same effect as though the void parts were deleted.

**9.  Effect of the Agreement.**  This Agreement contains a complete description of the bargain between the parties.  All material representations, understandings and promises of the parties concerning the repayment of the debt are contained in this Agreement.  Any modifications must be set forth in writing and signed by all parties.  The Debtor represents that this Agreement is entered into with knowledge of the events described herein.  The Debtor further represents that this Agreement is voluntarily entered into to resolve the litigation in USAO Case Number 2010V00360.

**10.  Execution of the Agreement.**  The United States Attorney represents that he has received the concurrence of HHS to the monetary terms of this Agreement, and will promptly forward an executed copy of this agreement to HHS.

DATE:  July 19, 2010          /s/ *Rosalind D. Mitchell, M.D.*
_____   ROSALIND D. MITCHELL, M.D.
                              Debtor

                              *Address:*      4400 Gomes Road
                                            *Modesto, CA 95357*

DATE:  July 22, 2010          BENJAMIN B. WAGNER
                              United States Attorney

                      By:     /s/ *Kurt A. Didier*
_____   KURT A. DIDIER
                              Assistant United States Attorney
                              Attorneys for the United States of America