IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff and Judgment Creditor,<br><br>v.<br><br>ROSALIND D. MITCHELL, M.D.,<br><br>    Defendant and Judgment Debtor.<br><br>JP MORGAN CHASE,<br><br>    Garnishee. | CASE NO.  2:10-mc-00079-GEB-KJM<br><br>[*Proposed*]<br>**FINAL ORDER OF GARNISHMENT<br>(BANK ACCOUNTS)** |

The Court has considered Plaintiff's Application for Entry of a Final Order of Garnishment against the bank accounts of the defendant and judgment debtor, Rosalind D. Mitchell, M.D. Plaintiff filed its Application pursuant to Section 3205(b)(1) of the Federal Debt Collection Procedures Act, 28 U.S.C. §§ 3001, *et seq*. Having considered the Application and case file, the Court finds as follows:

1. The Clerk entered Judgment in Plaintiff's favor and against Defendant in the amount of $317,157.68 on August 3, 2010. Docket Entry (DE) 2.

2. Plaintiff filed an Application for Writ of Garnishment (Bank Accounts) on April 11, 2013. DE 4.

3. The Clerk issued a Writ of Garnishment as to among others, garnishee JP Morgan Chase, Inc., the same day. Plaintiff duly served JP Morgan Chase with the Writ and its attachments. DE 7.

FINAL ORDER OF GARNISHMENT                                                                                                             1

4. On April 30, 2013, the Plaintiff on behalf of JP Morgan Chase Bank filed its amended answer as garnishee. DE 13. The Answer identifies Defendant as a joint account holder with her husband, Ronald Olcott of JP Morgan Chase accounts with a combined approximate value of $11,918.93.

5. Plaintiff served Defendant with a copy of the Writ of Garnishment and notified her of her right to a hearing to claim exemptions on the account(s) subject to the garnishment proceeding. The Defendant has not requested a hearing to determine exempt property.

WHEREFORE, the Court, having considered the case files, the Application for a Writ of Garnishment against Defendant's accounts, JP Morgan Chase Bank's amended answer as garnishee, and noting Defendant has not exercised her right to request a hearing, hereby finds that entry of a final order of garnishment is proper.

IT IS THEREFORE ORDERED THAT:

1. JP Morgan Chase Bank, pay to the United States the $11,918.93 of Defendant's garnished accounts.

2. JP Morgan Chase Bank shall also notify the United States in writing if the value of garnished amounts changed from the date the Bank prepared its Answer or if it no longer has custody, possession or control of Defendant's property.

3. Unless Plaintiff directs otherwise, all payments shall be made payable to the "United States Department of Justice" and mailed to the United States Attorney's Office, Attention Financial Litigation Unit, 501 I Street, Suite 10-100, Sacramento, California 95814.

IT IS SO ORDERED.

**Date: 5/30/2013**

_____
**GARLAND E. BURRELL, JR.
Senior United States District Judge**

FINAL ORDER OF GARNISHMENT                                                                                     2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FINAL ORDER OF GARNISHMENT                                               3